UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOHN W. STOKES, III,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

---

Civil Action No. 1:18-CV-1445 (DNH/DJS)

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties that the above-referenced action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure, Rule 41(a), and pursuant to the Stipulation For Compromise Settlement And Release entered into by the parties in this action and so ordered by this Court on February 3, 2021 (Dkt. #34).

It is further stipulated that no party to this action is an infant or incompetent for whom a guardian has been appointed.

Executed this 25th day of February, 2021.

POWERS & SANTOLA, LLP

By: _____
Laura M. Jordan, Esq.
Attorney for Plaintiff
Bar Roll No.: 512419

Executed this 25th day of February, 2021.

ANTOINETTE T. BACON
Acting United States Attorney

By: _____
Karen Folster Lesperance
Assistant United States Attorney
Bar Roll No. 514108

SO ORDERED:

_____
DAVID N. HURD
United States District Judge
Dated: 2/26/21 Utica, NY

Stokes v. United States
1:18-cv-1445 (DNH/DJS)

Page 1 of 1